**Opinion issued April 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00596-CV

—————————————

**TODD COLTER, Appellant**

**V.**

**UBICAN GLOBAL, INC., Appellee**

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Case No. 2020-53141

## MEMORANDUM OPINION

Appellant, Todd Colter, moves for voluntary dismissal of this appeal due to settlement and asks that each party bear their own costs. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.